■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT G.

Politi and Michael Camporeale, Appellants.—Two judgments of the Supreme Court, Westchester County, one rendered July 15, 1975 as to appellant Camporeale, and one rendered July 22, 1975 as to appellant Politi, affirmed. No opinion. The case is remitted to the Supreme Court, Westchester County, for further proceedings pursuant to CPL 460.50 (subd 5). Latham, Acting P. J., Margett, Damiani, Titone and Hawkins, JJ., concur.